

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Stevie Lynn Taylor, Appellant

No. 06-22-00063-CR     v.

The State of Texas, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 24,494-2021). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the "X" placed in the box by the statement that reads, "The Court **FINDS** that Defendant has financial resources that enable Defendant to offset in part or in whole the cost of the legal services provided to Defendant. Therefore, the Court **ORDERS** Defendant to pay $____ as court costs to the County." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Stevie Lynn Taylor, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 4, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk